■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERALD GROSS, Appellant.—Judgment unanimously affirmed. Memorandum: On this appeal from a judgment convicting him of two counts of endangering the welfare of a child (Penal Law § 260.10 [1]), defendant contends that the jury verdicts are repugnant. That contention, however, has not been preserved because it was not raised prior to the discharge of the jury *(see, People v Satloff,* 56 NY2d 745, 746; *People v Paz,* 159 AD2d 987, 988, *lv denied* 76 NY2d 793; *People v Carey,* 151 AD2d 989, *lv denied* 74 NY2d 806). In any event, that contention lacks merit because defendant's acquittal on the two counts of sexual abuse in the second degree (Penal Law

§ 130.60 [2]), as charged to the jury, was not "conclusive as to a necessary element of the other crime, as charged, for which the guilty verdict was rendered" *(People v Tucker,* 55 NY2d 1, 7; *see also, People v Loughlin,* 76 NY2d 804). (Appeal from Judgment of Supreme Court, Onondaga County, Gorman, J.—Endangering Welfare of Child.) Present—Callahan, J. P., Green, Lawton, Davis and Doerr, JJ.